BARTH & GUTMAN v. SAMUEL BRIER, as Trustee, etc.— Motion granted, and the time of the defendant in which to file accounting extended until ten days after

service of order to be entered upon determination of appeal. Present —Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES W. CULKIN, Sheriff of the County of New York, and FRANKONIA, INC., v. DRAEGER SHIPPING CO., INC.— Motion dismissed, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.